RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/27/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-00203 |
| | * | |
| VERSUS | * | 18 U.S.C. § 1326(a) |
| | * | |
| ALEJANDRO VENTURA-PERALTA, | * | JUDGE Stagg |
| AKA RICARDO ANTONIO ZURTURA, | * | |
| AKA RICARDO BARRERA, AKA | * | |
| VINCENTE OCAMPO, AKA ALEX | * | MAGISTRATE JUDGE HORSNBY |
| PANASTA, AKA ALEX VENTURA | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
8 U.S.C. § 1326(a)

On or about January 23, 2009, in the Western District of Louisiana, the defendant ALEJANDRO VENTURA-PERALTA, a.k.a. "RICARDO ANTONIO ZURTURA," "RICARDO BARRERA," "VINCENTE OCAMPO," "ALEX PANASTA," and "ALEX VENTURA," an alien having been previously deported from the United States to Mexico on or about October 11, 1995, August 13, 2001, and July 10, 2008, without obtaining the consent of the Attorney General of the United States or the Secretary for Homeland Security of the United States to reapply for admission in to the United States, did knowingly and unlawfully enter and was found in the United States in Bossier Parish, Louisiana, all in violation of Title 8, United States Code, Section 1326(a) [8 U.S.C. § 1326(a)].

A TRUE BILL:

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

*[signature: Robin McCoy]*

Robin S. McCoy (La. Bar No. 30042)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
318-676-3600